ELEFTERAKIS, ELEFTERAKIS & PANEK
David Bonilla
80 Pine Street, 38th Floor
New York, New York 10005
P: (212) 532-1116
F: (212) 532-1176
dbonilla@elefterakislaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT                Docket No.: 1:23-cv-05335
EASTERN DISTRICT OF NEW YORK
========================================X
VICTOR ASUAI,

                              Plaintiff,

                                                  **COMPLAINT**

            -against-

UNITED STATES OF AMERICA,

                              Defendant.
========================================X

        Victor Asuai, by his attorneys ELEFTERAKIS, ELEFTERAKIS & PANEK complaining of

the Defendant herein, respectfully shows to this court and alleges as follows:

                        NATURE OF THE ACTIONS

        1.      This action is brought to recover damages for the serious personal injuries sustained

by plaintiff as a result of Defendant's negligence.

                        JURISDICTION AND VENUE

        2.      Jurisdiction of this Court is invoked under the following statute:

        (a) Federal Torts Claims Act - 28 U.S.C. § 1346(b).

        3.      Venue properly lies in this district court under 28 USC § 1391 (b)(2).

## PARTIES

4.      Plaintiff is an adult resident of the County of Kings, State of New York.

5.      Plaintiff was the owner and driver of a motor vehicle with license plate T794980C as issued by the State of New York.

6.      Defendant, UNITED STATES OF AMERICA is being sued on behalf of the United States Department of Justice, Federal Bureau of Prisons and employee, Jason Dixon. The United States Department of Justice, Federal Bureau of Prisons is an independent agency of the United States of America which owns, operates, manages, directs and controls local prisons, and motor vehicles including but not limited to a certain motor vehicle bearing license plate number J0066BR0 as issued by the District of Columbia. Jason Dixon is an adult resident of the State of New Jersey, employed and under the control and supervision of the United States of America and the United States Department of Justice. At the time of the occurrence complained of herein, Jason Dixon was in the course of his employment with the United States Department of Justice.

## TRIAL BY JURY

7.      Plaintiff demands trial by jury.

## AS AND FOR A FIRST CLAIM FOR RELIEF - NEGLIGENCE BY THE DEFENDANT

8.      Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 7 of this complaint, as if fully set forth herein.

9.      On or about October 18, 2021, the Plaintiff, Victor Asuai, was the owner and operator of a motor vehicle bearing the license plate T794980C, issued by the State of New York, traveling on Flatbush Avenue extension at or near its intersection with Tillary Street in Kings County, State of New York.

10.      On the same date and at the same time, Jason Dixon, was operating a United States

Department of Justice van bearing license plate number J0066BR0 as issued by the District of Columbia with the permission and consent of United States Department of Justice, on Flatbush Avenue extension at or near its intersection with Tillary Street in Kings County, State oof New York.

11.     The Plaintiff, Victor Asuai, was the operator of a vehicle that was involved in a motor vehicle accident with a United State Department of Justice van, due to the negligence of Jason Dixon.

12.     On or about October 18, 2021, the United States Department of Justice van collided with the Plaintiff, Victor Asuai's vehicle.

13.     Jason Dixon, operated his vehicle in a negligent and careless manner and failed to stop prior to colliding with Plaintiff's vehicle.

14.     The Defendant, its employee and agents were negligent and careless in the ownership, operation, management, maintenance, control of said vehicle; in failing to look in the direction in which the operator was proceeding; in failing to yield the right of way; in failing to see what was there to be seen; in failing to see the other vehicle involved in the accident; in driving and operating said vehicle at a rate of speed that was excessive under the circumstances then and there prevailing; in failing to reasonably apply the brakes to said vehicle to bring same to a stop before making contact with the other vehicle; in failing to use due care while approaching the intersection; in failing to supply said vehicle with adequate brakes that were in good working order; in failing to train, instruct and/or supervise the aforesaid operator of the vehicle; in failing to observe any and all traffic signs, signals and/or devices; in failing to drive and operate said vehicle consistent with the flow of traffic;  and in violating any and all statutes, ordinances, rules and regulations of the road which may be applicable herein.

15.     The Defendant, its employees and agents had a duty of care to operate their vehicle in a proper fashion and they breached that duty of care by failing to operate their vehicle in a safe and

proper manner.

16.    The Defendant, its employees and agent's negligence proximately caused the Plaintiff, Victor Asuai, to suffer injuries to his body and limbs and to suffer mental anguish, lost wages, medical and other expenses, as well as other injuries and damages.  All such injuries and damages were caused solely by the negligence of the Defendant, its employee and agent without any negligence by the Plaintiff.

WHEREFORE, plaintiff requests the following relief:

a. Compensatory damages of $10,000,000.00;

b. Reasonable attorneys' fees and costs; and

c. Such other and further relief as appears reasonable and just.

Dated: New York, New York
      July 13, 2023

ELEFTERAKIS, ELEFTERAKIS & PANEK

By:   /s/ David A. Bonilla /s/

David A. Bonilla, Esq.
*Attorneys for Plaintiff*
80 Pine Street, 38th Floor
New York, New York 10005
T. (212)532-1116
F. (212)532-1176
dbonilla@elefterakislaw.com